■ WILBERT F. HOLLER, Respondent, v CITY OF NORTH TONAWANDA et al., Appellants.—Order and judgment unanimously affirmed with costs for the reasons stated in decision at Supreme Court, Roberts, J.H.O. (Appeal from Order and Judgment of Supreme Court, Erie County, Roberts, J.H.O.—Prescriptive Easement.) Present—Callahan, J. P., Boomer, Green, Boehm and Davis, JJ.